08 CV 00948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGSLEY INVESTMENTS LIMITED,

                Plaintiff,    08 CV _____

- against -    ECF CASE

JUPITER DENIZCILIK TASIMACILIK MUMESSILLIK
SAN VE TICARET LIMITED SIRKETI.,

                Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: January 29, 2008
New York, NY

                The Plaintiff,
                ANGSLEY INVESTMENTS LIMITED

                By: _____
                Patrick F. Lennon
                Nancy R. Peterson
                Coleen A. McEvoy
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Avenue, Suite 300
                New York, NY 10170
                (212) 490-6050 - phone
                (212) 490-6070 - fax
                pfl@lenmur.com
                nrs@lenmur.com
                cam@lenmur.com