CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANGSLEY INVESTMENTS LIMITED             :
                                        :
                                        :
               Plaintiff,               :   08-CV-00948
                                        :
        v.                              :   **NOTICE OF**
                                        :   **APPEARANCE**
JUPITER DENIZCILIK TASIMACILIK          :
MUMESSILLIK SAN VE TICARET LIMITED      :
SIRKETI.,                               :
                                        :
               Defendants.              :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 20, 2008

                              By:    _____
                                     CLARK, ATCHESON & REISERT
                                     Attorneys for Garnishee
                                     Societe Generale New York Branch
                                     Richard J. Reisert (RR-7118)
                                     7800 River Road
                                     North Bergen, NJ 07047
                                     Tel: (201) 537-1200
                                     Fax: (201) 537-1201
                                     Email: reisert@navlaw.com