SAND, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANGSLEY INVESTMENTS LIMITED,

        Plaintiff,

- against -

JUPITER DENIZCILIK TASIMACILIK MUMESSILLIK
SAN VE TICARET LIMITED SIRKETI.,

        Defendant.
----------------------------------------------------------X

08 CV 0948 (LBS)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: February 29, 2008
       Southport, CT

The Plaintiff,
ANGSLEY INVESTMENTS LIMITED

By _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
Coleen A. McEvoy (CM 3379)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
pfl@lenmur.com
nrs@lenmur.com
cam@lenmur.com

Dated: February 3/4, 2008
New York, New York

SO ORDERED:

_____
Leonard B. Sand, U.S.D.J.